An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION OF GERALD A.O. AND LORI O. FOR THE ADOPTION OF MINOR CHILDREN,

STEPHANIE H.,
Appellant,
vs.
GERALD O.; LORI O.; AND CLARK COUNTY DEPARTMENT OF FAMILY SERVICES,
Respondents.

No. 66200

**FILED**

OCT 0 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On September 19, 2014, appellant filed a document entitled, "Notice of Withdraw of Appeal," which we construe as a motion to voluntarily dismiss this appeal. The motion is granted, with the parties to bear their own fees and costs, NRAP 42(b), and we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Cynthia N. Giuliani, District Judge
Roberts Stoffel Family Law Group
Michael J. Warhola, LLC
Clark County District Attorney/Juvenile Division
Gerald O.
Lori O.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-33058